# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TAD TAYLOR | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:22-CV-00079-ALM-AGD |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 8, 2023, the Magistrate Judge entered a Report (Dkt. #17) that Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) (Dkt. #13) be granted and Plaintiff's claims be dismissed without prejudice.

Having received the Report of the Magistrate Judge, considered Plaintiff's objections (Dkt. #18) and Defendant's response in opposition thereto, (Dkt. #19), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) (Dkt. #13) is **GRANTED**.  It is further **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.
SIGNED this 27th day of September, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE